IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**IRIS BROWN**                                                                                          **PLAINTIFF**
**ADC #709964**

V.                                          No. 3:25-CV-00125-JM

**ADC, Medical**                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE